James M. Dowd (SBN 259578)
James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300 / Fax: (213) 443-5400

Louis W. Tompros (*pro hac vice*)
Louis.Tompros@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000 / Fax: (617) 526-5000

Jason Kipnis (SBN 168271)
Jason.Kipnis@wilmerhale.com
WILMER CUTLER PICKERING
   HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000 / Fax: (650) 858-6100

*Attorneys for Defendant ARJOT SANDHU*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOCAL POINT FILMS, LLC, a California limited liability company,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ARJOT SANDHU, an individual,<br><br>Defendant/Counter-Plaintiff. | Case No. 3:19-cv-02898-JCS<br><br>**DEFENDANT/COUNTER-PLAINTIFF ARJOT SANDHU'S NOTICE OF INTENT NOT TO AMEND HER THIRD, FOURTH, AND FIFTH COUNTERCLAIMS AND [PROPOSED] ORDER DISMISSING THESE CLAIMS** |
| ARJOT SANDHU, an individual,<br><br>Defendant/Counter-Plaintiff,<br><br>vs.<br><br>FOCAL POINT FILMS, LLC, a California limited liability company,<br><br>Plaintiff/Counter-Defendant,<br><br>and BRYAN GIBEL, an individual,<br><br>Counter-Defendant. | |

On May 24, 2019, Plaintiff Focal Point Films, LLC ("Focal Point") brought the above-captioned action for declaratory judgment of copyright ownership against Arjot Sandhu. *See* Complaint (ECF No. 1). In her First Amended Answer and Counterclaims, Ms. Sandhu answered and brought counterclaims against Plaintiff Focal Point and Counter-Defendant Bryan Gibel for: (1) declaratory judgment of copyright ownership, 28 U.S.C. § 2201; (2) unjust enrichment; (3) intentional interference with prospective economic advantage; (4) false advertising and unfair competition under the Lanham Act, 15 U.S.C. § 1125(a)(1)(B); and (5) false advertising and unfair competition under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200. *See* ECF No. 20. Focal Point and Mr. Gibel subsequently moved to dismiss Ms. Sandhu's intentional interference with prospective economic advantage, Lanham Act, and UCL counterclaims, as well as Ms. Sandhu's request for punitive damages. *See* ECF No. 31 (notice of motion and motion to dismiss). Following briefing (*see* ECF Nos. 36 and 39) and oral argument (*see* ECF No. 49), the Court dismissed Ms. Sandhu's Lanham Act, intentional interference with prospective economic advantage, and UCL counterclaims without prejudice. *See* ECF No. 54. The Court granted Ms. Sandhu leave to amend these claims by January 24th, 2020. *See id.* at 20.

Ms. Sandhu hereby notifies the Court of her intent not to file an amended complaint realleging her Lanham Act, intentional interference with prospective economic advantage, and UCL counterclaims. An order granting a motion to dismiss without prejudice and with leave to amend is not a final order or judgement, and thus not appealable. *See, e.g.*, *Lopez v. City of Needles*, 95 F.3d 20, 22-23 (9th Cir. 1996) (dismissal without prejudice "cannot be a final decision" because Plaintiff "failed to inform the district court in writing that she had decided not to amend the complaint"); *see also Santoro v. CTC Foreclosures Servs. Corp.*, 193 F.3d 1106, 1107 (9th Cir. 1999) (grant of summary judgment with leave to amend was not immediately appealable, plaintiffs must obtain "a final order by informing the district court that they do not plan to amend"); *Indian Oasis-Baboquivari Unified Sch. Dist. No. 40 of Pima Cty., Ariz. v. Kirk*, 109 F.3d 634, 636 (9th Cir. 1997) (district court's grant of motion to dismiss of causes of action

- 1 -

NOTICE OF INTENT NOT TO AMEND MS. SANDHU'S THIRD, FOURTH, AND FIFTH COUNTERCLAIMS
3:19-cv-02898-JCS

of certain plaintiffs with prejudice and other plaintiffs without prejudice and with leave to amend was not appealable final judgment, even though the dismissal of certain plaintiffs' claims was with prejudice).  Ms. Sandhu respectfully reserves her appellate rights, and hereby provides notice that she intends to appeal the Court's order dismissing her Lanham Act, intentional interference with prospective economic advantage, and UCL counterclaims upon entry of final judgment on those claims and the conclusion of this action.

Dated:  January 24, 2020

Respectfully submitted,

By: */s/ Louis W. Tompros*

Louis W. Tompros (*pro hac vice*)
Louis.Tompros@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1-617-526-6000
Facsimile: +1-617-526-5000
*Attorneys for Defendant ARJOT SANDHU*

James M. Dowd (SBN 259578)
James.Dowd@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Tel: (213) 443-5300 / Fax: (213) 443-5400

Louis W. Tompros (*pro hac vice*)
Louis.Tompros@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000 / Fax: (617) 526-5000

Jason Kipnis (SBN 168271)
Jason.Kipnis@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6000 / Fax: (650) 858-6100

*Attorneys for Defendant ARJOT SANDHU*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOCAL POINT FILMS, LLC, a California limited liability company,<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ARJOT SANDHU, an individual,<br><br>Defendant/Counter-Plaintiff. | Case No. 3:19-cv-02898-JCS<br><br>**[PROPOSED] ORDER DISMISSING DEFENDANT/COUNTER-PLAINTIFF ARJOT SANDHU'S THIRD, FOURTH, AND FIFTH COUNTERCLAIMS** |
| ARJOT SANDHU, an individual,<br><br>Defendant/Counter-Plaintiff,<br><br>vs.<br><br>FOCAL POINT FILMS, LLC, a California limited liability company,<br><br>Plaintiff/Counter-Defendant,<br><br>and BRYAN GIBEL, an individual,<br><br>Counter-Defendant. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

This Court, having previously issued its December 20th, 2019 order partially dismissing the Third through Fifth Counterclaims brought by Defendant/Counter-Plaintiff Arjot Sandhu without prejudice and with leave to amend (Dkt. 54), and upon notice from Defendant/Counter-Plaintiff Arjot Sandhu that she does not intend to amend these claims, HEREBY ORDERS, ADJUDGES, AND DECREES that Ms. Sandhu's Third, Fourth, and Fifth Counterclaims are hereby dismissed from the above-captioned action. It is not necessary for Ms. Sandhu to replead her Third, Fourth, and Fifth Counterclaims to preserve these claims for appeal.

IT IS SO ORDERED.

Dated: _____         _____

Honorable Joseph C. Spero

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 24, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.5.

*/s/ Louis W. Tompros*
Louis W. Tompros